# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT, ~~EASTERN~~ Northern DIVISION, AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
    Plainttiff

V;

DIST. COURT NO. 2:07CV709-WKW

MR. MARK E. FULLER, JUDGE
0/0 OFFICE OF THE CLERK, U.S. DIST COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711    Defendant

## COMPLAINT AGAINST THE ABOVE DEFENDANT FOR CONSTITUTION RIGHT VIOLATIONS

COMES NOW, GENE COGGINS, THE ABOVE PLAINTIFF WITH THIS COMPLAINT AGAINST THE ABOVE DEFENDANT FOR DENYING MY GUARANTEED CONSTITUTION RIGHTS AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES. THESE GUARANTEED RIGHTS ARE ESTABLISHED LAWS, DOMINATING BY THE CONSTITUTION, WITH PRESTIGE OVER ALL OTHER LAWS, AND NON - DEBATABLE. THEREFORE THE PLAINTIFF ELECTS TO USE THE **APPENDIX SYSTEM,** AS SO GIVEN IN FEDERAL RULE 34,(a) & ®), APP. p. 30.. THE PLAINTIFF DOES NOT DESIRE ORAL ARGUMENT ON THE FOLLOWING GROUNDS;

1. ALL ISSUES INVOLVED IN THIS CASE, ARE ESTABLISHED LAWS GUARANTEED UNDER THE DUE PROCESS OF THE UNITED STATES CONSTITUTION,

2. I HAVE A MEDICAL PROBLEM THAT REQUIRES FOR ME TO TAKE FROM ONE TO FOUR BLOOD PRESSURE PILLS A DAY.

**CAUSE OF ACTION:**

DENIED MY GUARANTEED CONSTITUTIONAL RIGHTS;

A. AS FOUND IN THESE CASES, I FILED IN THIS COURT.

3:07 CV - 525, 3:07: CV - 077, 3:06 - 00687 3:07 - CV - 0402, 3:07 - CV - 406 AND AN ADDITIONAL DEFENDANT, HE HAS ADDED ON, THE TALLAPOOSA COUNTY DISTRICT ATTORNEY OFFICE TO THE CASE 3:07 - CV - 0406 ..

B. MOST OF THE MOTIONS I FILED WERE DENIED, IMPROPER USAGE OR ILLEGAL OF A STAY AGAINST GUARANTEED CONSTITUTIONAL RIGHTS FOR THE DUE PROCESS OF LAW, AS GIVEN IN THE UNITED STATES CONSTITUTION AND USING FEDERAL RULE 28, IN DENYING MY RIGHT TO BE HEARD. . .

C. THIS DENIED ME MY GUARANTEED DUE PROCESS OF LAW AS SET OUT IN THE CONSTITUTION OF THE UNITED STATES. THE GUARANTEED RIGHT TO BE HEARD IN ANY COURT BY A JURY OF MY PIERS AS FOUND IN s/s. 34 - 3 - 19, THIS CONCEPT OF "THE DUE PROCESS OF LAW", IS EMBODIED IN THE FIFTH AMENDMENT OF THE

UNITED STATES CONSTITUTION.  U.S. v: Smith D.C. Iowa, 249 F. Supp. 515,516…THAT ANY PERSON MAY MANAGE HIS OWN CASE, **IN ANY COURT,** IN THE UNITED STATES OF AMERICA..  **A STATE CANNOT EXCLUDE ANY PERSON FROM THE PRACTICE OF LAW, OR FROM ANY OTHER OCCUPATION IN A** MANNER OR FOR ANY REASONS THAT CONTRAVENE THE DUE PROCESS PROTECTION CLAUSE OF THE 14th AMENDMENT OF THE UNITED STATES CONSTITUTION..   535, U. S.  AT; 238, 239, 77, S. CT. AT: 756..  THE RIGHT TO BE HEARD, TO REVIEW THE ANSWER FROM THE OTHER PARTY, WITH BOTH PARTIES AWARE OF THE MATTER PENDING BEFORE THEM, AND TO ASSERT BEFORE THE APPROPRIATE DECISION MAKING BODY..  Trinity Episcopal Corp.  V: Romney, D. C. N. Y.  387 F. Supp.10444, 1084.   HE HAS BROKEN THIS LAW ON EVERY CASE I HAVE FILED IN THIS COURT BY USING RULE 28 TO STALL OR KEEP THE DEFENDANTS FROM BEING SERVED, WITH A COPY OF THE COMPLAINT AND SUMMONS..

**D.**     THE PRINCIPAL AUTHORITY AS A REASONABLE PRUDENT MAN, USING DILIGENCE AND DISCRETION PRINCIPALS, USUALLY INCLUDES WHATEVER IS NECESSARY IN CARRYING OUT AND PROTECTING THE DUE PROCESS OF LAW, AS FOUND IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION, AGAIN IN THE 14th AMENDMENT,  WHICH PREVENTS A STATE FROM STATE ACTIONS, WHERE THE PERSON IS   **GUARANTEED A FAIR PROCEDURES INSTINCTIVELY,** UNDER SAFEGUARD FOR THE PROTECTION OF INDIVIDUAL GUARANTEED RIGHTS **AS ESTABLISHED IN OUR SYSTEM OF JURISPRUDENCE,** FOR THE ENFORCEMENT AND PROTECTION OF ALL PRIVATE RIGHTS..

E.      THE 7TH. AMENDMENT OF THE UNITED STATES CONSTITUTION , REQUIRES A TRIAL BY AN IMPARTIAL JURY. ON EITHER **CIVIL OR CRIMINAL,** ON ANY OR ALL ISSUES BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS, WITH NO RESTRAINTS, OR ILLEGAL COST ADDED ON, BEFORE A COURT THAT HAS PROPER JURISDICTION. Fed. R. Civil P. 38(a), 59  48 Crim. P. 23, 33, U. S. C. A. s/s 3161, Baker V: Wingo, 407, U.S. 514, 92, S, Bryant V: State Md. App. 572, 244, Ci. 2182, 33, L .E. D A. 2d, 446, 448,  6th AMENDMENT OF THE UNITED STATES CONSTITUTION..

F.      THE FEDERAL ACT OF 1074, SET OUT AND ESTABLISHED TIME LIMITS ON ALL EVENTS CARRIED OUT IN THE JURIDICAL SYSTEM, AS SO PLACED ON THE SHORT TERM CALENDER, SO AS TO ASSURE A SPEEDY TRIAL, A SPEEDY TRIAL IS NOT CONFINED TO MERELY AN IMPAIRMENT, BUT INCLUDES ANY THREAT TO WHAT HAS BEEN TERMED AS ACCUSED'S SIGNIFICANT STAKES, PSYCHOLOGICAL, PHYSICAL, FINANCIAL, IN THE COURSE OF A PROCEEDING, WHICH MAY ULTIMATELY DEPRIVE HIM OF PROPERTY, LIFE, LIBERTY, OR PRESUIT OF HAPPINESS. U. S. Dryer C. S. N. J. 533, F. 2d, 112, 115..

   THE COMPLAINT AS PRESENTED BY THE PLAINTIFF, THAT HAS DENIED HIS GUARANTEED DUE PROCESS OF LAW AS FOUND IN THE CONSTITUTION OF THE UNITED STATES, HAS SHOWN SUFFICIENT EVIDENCE TO ESTABLISH THAT THERE IS PROBABLE CAUSE TO BELIEVE, THAT THE ABOVE DEFENDANT HAS COMMITTED A CRIME, IN NOT ABIDING BY THE OATH OF OFFICE,, TO UPHOLD ALL THE LAWS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, AND OF PERJURY.                                   **04.**

THE OATH OF OFFICE BINDS THAT PARTY, WHEN THEY ASSUME OR CHARGED FOR THAT OFFICE, DECLARING THAT THEY WILL **FAITHFULLY AND TRUTHFULLY,** DISCHARGE THE OATH OF THAT OFFICE AND UP-HOLD ALL THE LAWS EQUALLY, AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND STATUTES THAT MAY APPLY TO THAT PARTICULAR CASE. Art. VI, U.S. CONSTITUTION.. THIS ATTESTATION OR PROMISE IS MADE UNDER A IMMEDIATE SENSE OF RESPONSIBILITY TO **GOD. WHERE ONE WILLFULLY ASSERTING UNTRUE STATEMENTS ARE PUNISHABLE FOR PERJURY AND ARE ALSO GUILTY OF A FELONY, BY BREAKING THIS OATH OF OFFICE.. ART. II Sec. I U. S. Const. Vaughn V: State 146, Tex.** Cr. R. 585, 177, S. W. 2d, 59, 60..

**SUMMONS MAY BE HANDLED AS :**

1. THE EXHIBITION OR DELIVERY OF A SUMMONS AND COMPLAINT, WILL BE DELIVERED IN PERSON BY AN AUTHORIZED PERSON;

2. BY PLACING IN THE UNITED STATES MAIL, POSTAGE PREPAID, WITH RECEIPT BY CERTIFIED MAIL SENT BACK TO CLERK OF COURT, AND SENT TO THE LAST KNOWN ADDRESS.

3. OR TO BE PUBLISHED IN THE LOCAL NEWS PAPER,

THE DEFENDANT MUST TAKE ACTION WITHIN TIME SPECIFIED OR DEFAULT AND DEFAULT JUDGMENT WILL BE FILED AGAINST YOU FOR ALL OF THE RELIEF REQUESTED IN THE COMPLAINT. Fed. R. Civil P. 4, 5, Fed. R. Crim. P. 4, 49, Chemical Specialties Sales Corp. Industrial Div. V: Basic Inc. D. C. Conn. 296, F. Supp. 1106, 1107, Fed. R. Civil P. 4(e), All must comply to the Fair Labor Standards Act...

**JURISDICTION:**

THIS FREEDOM OF SELECTING PROPER COURTS AND JUDGES, IS A PART OF NATURAL LIBERTIES, SWORN TO OF EXCESS, WHICH INVADES EQUAL RIGHTS TO OTHERS, THEY ARE RESTRAINTS PLACED UPON THE GOVERNMENT. Sowers V: Ohio Civil Rights Commission, 20 Ohio Misc. 115, 252, N. E. 2d, 463, 476..WHERE THERE IS A GUARANTEED CONSTITUTION RIGHT OR QUESTION INVOLVED IN A CASE, THIS AUTOMATIC BECOMES AN ISSUE THAT MUST BE SETTLED IN FEDERAL COURT. THE 11th AMENDMENT OF THE UNITED STATES CONSTITUTION PREVAILS OVER ANY OTHER ESTABLISHED LAWS THAT MAY OFFER IMMUNITY FROM PROSECUTION , WHERE ANY CITIZEN CAN SUE OR BE SUED, IF THEY ARE RESIDENTS IN THE SAME STATE, THEREFORE ANY JUDGE OR ANY OTHER PUBLIC OFFICIAL CAN BE SUED.   WHERE PROPER JURISDICTIONS ARE MET.. THE LEGAL RIGHT EXIST WHEN THE COURT HAS COGNIZANCE OF CLASS OF CASES, INVOLVING PROPER PARTIES AND POINTS TO BE DECIDED IS WITHIN THE POWER OF THE COURT. United Cemeteries Co. V: Strother, 342 Mo. 1155, 119, S. W. 2d, 762, 765. THE DISPENSING OF FAIR JUSTICE TO ALL CITIZENS JURISDICTION IS NOT LIMITED TO SUBJECT MATTER, OR AMOUNT SOUGHT IN THE LITIGATION, BUT FACTS MUST EXIST FOR THE FEDERAL COURT TO HAVE PROPER JURISDICTION ON ANY PARTICULAR CASE, INCLUDES THESE FACTS.:

1. THE DEFENDANT HAS BEEN SERVED WITH THIS ON GOING PROCESS,
2. THAT THE CONTROVERSY EXCEEDS A CERTAIN SUM,
3. THAT THE PARTIES ARE CITIZENS OF THE UNITED STATES.

AND RESIDENTS OF THE STATE OF ALABAMA, ALL OF THE ABOVE REQUIRED QUALIFICATIONS FOR PROPER JURISDICTION ARE MET. AND THEREFORE THIS UNITED STATES DISTRICT COURT AS GIVEN AT THE BEGINNING OF THIS COMPLAINT IS THE PROPER JURISDICTION FOR THIS COMPLAINT.. ANY PART OF RULE 28 OF THE FEDERAL RULE OF CIVIL P. IS TO BE CONSIDERED AN ILLEGAL EXCUSE TO DENY ME OF MY RIGHT TO BE HEARD OR HAVE MY DAY IN COURT, AS GIVEN ABOVE, DENYS MY GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES.

**JUDGMENT:**

1.   A JUDGMENT OF **TEN MILLION DOLLARS..**

2.   IF ANY ADDITIONAL APPEALS OR INTENTIONAL DELAYS MADE THE TOTAL JUDGMENT MUST BE TRIPLED, FOR EVERY THIRTY DAYS FROM DATE COMPLAINT FILED, FOR EVERY INCIDENT,. ANY MOTION TO AVOID THE PLEA AS GIVEN IN THIS COMPLAINT OR FAILS TO STATE IN SHORT AND PLAIN TERMS IS USELESS AND INSUFFICIENT ANSWER.. Wright V: Miller Fed. R. Civ. P.& P,, s/s 1196

**CONCLUSION:**

THIS CASE MUST BE HEARD BY AN IMPARTIAL, TRUTHFULLY AND FAITHFULLY, DISTRICT FEDERAL JUDGE, THAT CAN DISCHARGE THE DUTIES OF THIS OFFICE, ABIDE BY THE OATH OF OFFICE, WHEN SWORN IN, NOT ALLOWING OUTSIDE INFLUENCE ABOUT JUST DECISIONS, ABLE TO PLACE ALL OF THE GUARANTEED LAWS BY THE UNITED STATES CONSTITUTION, FEDERAL LAWS,

AND STATUES THAT PROVIDE THIS DUE PROCESS OF LAW AND EQUAL PROTECTION TO ALL PEOPLE. THIS CASE REQUIRES A FEDERAL DISTRICT JUDGE ONLY, FOR THIS IS NOT CONSIDERED A MINOR OFFENSE. 9 Edmunds Cyclopedia of Federal Procedures, 3919.. PAGE NO. 06, UNDER JURISDICTION, FREEDOM TO SELECT. THIS CASE IS AGAINST THE LISTED DEFENDANT ONLY, AND NOT AGAINST ANY COURT OR OTHER JUDGE. WHERE THERE ARE SO MANY LAWS GOVERNING THE GUARANTEED DUE PROCESS OF LAW, THIS DEFENDANT DOES NOT OR IS INCAPABLE OF UNDERSTANDING THAT THEY ARE HERE FOR THE PROTECTION OF ALL THE CITIZENS OF THE UNITED STATES, **THIS ALSO INCLUDES ME, THE PLAINTIFF.**. UNDER ALL OF THE EVIDENCE PRESENTED THIS COMPLAINT AND SUMMONS, MUST BE HONORED, TO STOP SOME OF THIS ILLEGAL ACTION ON THIS JUDGES PART, AND JUDGMENT ORDERED AS SO GIVEN.

_____
GENE COGGINS  Pro St

_____   DATE  8/3/07
NOTARY PUBLIC

My Commission Expires February 28, 2009.
MY COMMISSION EXPIRES

CharterBank
3500 20th Ave.
Valley, AL  36854

**08.**

# CERTIFICATE OF SERVICE

I, __GENE COGGINS__, DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY, THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT AND SUMMONS IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO OFFICE OF THE CLERK, WITH PROPER POSTAGE, AND TO THE LAST KNOWN ADDRESS OF THE DEFENDANT.

_/s/ Gene Coggins_____   DATE __AUGUST 03, 2007_____
GENE COGGINS Pro St