# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL  36863
      Plaintiff

V:

DISTRICT COURT NO.. ~~3:07 - CV -~~   2:07-CV-709-WKW

MARK E. FULLER
    ~~Defendant~~

## MOTION TO REMOVE ANY AND ALL OPINIONS, AND ORDERS MADE BY DEFENDANT SINCE 08 - 01- 2007

    COMES NOW, THE PLAINTIFF, WITH THIS ABOVE MOTION TO REMOVE ANY AND ALL OPINIONS AND ORDERS THAT ARE ISSUED BY JUDGE MARK E. FULLER, THAT WERE ISSUED OR HE WAS INVOLVED WITH, AFTER AUGUST 08, 2007  ON THIS DATE HE BECAME A DEFENDANT IN A FEDERAL LAW SUIT FILED AGAINST HIM.   THEREFORE ANY OPINION OR ORDERS THAT COME FROM HIM ON ANY CASE THAT I AM INVOLVED IN IS ILLEGAL.    HE MUST WITHDRAW FROM ANY CASE I HAVE IN THIS COURT FOR WHEN ONE JUDGE IS DISQUALIFIED TO HANDLE

A CASE, THREE JUDGES ARE REQUIRED TO SETTLE ALL PARTS OF THE CASE. 28 U. S. C. A. s/s s/s 2281, 2284.

WHEN A PUBLIC OFFICER, TAKES AN OATH OF OFFICE, THEY ARE REQUIRED TO ABIDE BY THE FEDERAL LAWS AND AMENDMENTS, AS SO GIVEN IN THE UNITED STATES CONSTITUTION, OR THEY HAVE COMMITTED A FELONY AND PERJURY. THIS HAS ALREADY BEEN TURNED OVER TO THE U.S. DISTRICT ATTORNEY TO BE BROUGHT BEFORE THE NEXT GRAND JURY.

IN CASE NO. 3:07 - CV- 00698- MEF - CSC. DOCUMENT NO. 04, FILED 08, 07 2007, LABELED AS, FINAL JUDGMENT, IS AN ILLEGAL ENTRY BY THE DEFENDANT MUST BE DECLARED NULL AND VOID.

*[signature: Gene Coggins]*
GENE COGGINS