# IN THE UNITED STATES OF APPEALS

## ELEVENTH CIRCUIT

## IN ATLANTA, GEORGIA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETTT, AL 36863
(334) 576 - 3263
     Plaintiff

DISTRICT COURT NO.  207- 709

APPEAL NO._____

MARK E. FULLER
     Defendant

# MOTION TO APPEAL

GUARANTEED CONSTITUTIONAL RIGHTS AND THE ESTABLISHED DUE

PROCESS OF LAW, THAT HAS BEEN DENIED AS GIVEN IN MY ORIGINAL

COMPLAINT, (COPY INCLOSED), SERVED WITH A SUMMONS ON,  8 - 01 -, 2007,

BY CERTIFIED MAIL TO THE ABOVE DEFENDANT ONLY.    ALL PARTIES ARE

INVOLVED UNTIL A FINAL JUDGMENT RESOLVING ALL ISSUES BETWEEN THE

PARTIES HAVE BEEN RESOLVED WITH THE EXCEPTION OF ATTORNEY FEES AND

COST, ARE IMMEDIATELY APPEALABLE.    Budinich V: Becton Dickinson & Co.  486,

U.S.  196, 201, 108 S.Ct..  1717, 1721, - 22, 100 L. Ed.  22d,178, (1988); LaChance V: Duffey's

Draft House, Inc.  146, F. 3d, 8322, 837, (11th Cir. 1998)..

**01.**

THE TIMELY FILING OF A NOTICE OF APPEAL IS MANDATORY AND

JURISDICTIONAL.   Rinaldo V: Corbett, 256, F. 3d, 1276, 1278, (11th Cir.2001), in Civil cases,

Fed. R. App. P.  4(a) (c)..

**JURISDICTION:**

THE UNITED STATES CONSTITUTION SET UP DISTRICTS COURTS FOR

LOCAL CASES TO BE HEARD IN THE PROPER JURISDICTION AND FEDERAL

DISTRICTS COURTS FOR TRIALS INVOLVING CONSTITUTIONAL RIGHTS AND

FEDERAL QUESTIONS AS GIVEN IN RULE  28  U.  S.  C.  A.  81 s/s et  seq.  WITH ANY

CONSTITUTIONAL QUESTION CAN BE APPEALED AT ANY TIME DURING THE

PROCEEDINGS OF A CASE ALL THE WAY TO THE UNITED STATES SUPREME

COURT.  THE JURISDICTIONS REQUIREMENTS ARE MEET, WHEN THE LEGAL

RIGHTS EXIST WHERE THE COURT HAS CONGNIZANCE OF CASES INVOLVING

ALL PROPER PARTIES ARE PRESENT AND POINTS TO BE DECIDED IS WITHIN THE

POWER OF THE COURT, TO SETTLE ALL ISSUES BETWEEN THE PARTIES, EITHER

CIVIL OR CRIMINAL, WEATHER THEY BE ISSUES OF LAW OR FACTS, WITHOUT

ANY RESTRICTIONS OF ANY KIND ADDED ON..  Fed. R. Civil P.  38 (a), 48, 59, Crim. P.

23, 33.. United Cemeteries Co.  V: Strothe·, 342, Mo. 1155, 119, Ss. W. 2d, 762, 765.   Harder

V: Johnson, 147, Kan.  440, 76, P. 2d,763, 764.

JURISDICTION IS THE POWER INTRODUCED FOR THE PUBLIC GOOD, OR BENEFIT,

FOR THE ACCOUNT OF DISPENSING FAIR JUSTICE TO ALL CITIZENS..   THE SCOPE,

POWER, AND INTENT OF JURISDICTION FOR THE FEDERAL COURTS IS GOVERNED

BY RULE 28 U. S. C. A. s/s 1251, et Seq..

JURISDICTION IS NOT LIMITED TO SUBJECT MATTER OR AMOUNT SOUGHT IN THE LITIGATION, .BUT FACTS MUST EXIST FOR THE FEDERAL COURTS TO HAVE PROPER JURISDICTION ON ANY PARTICULAR CASE;

1.    THE DEFENDANT MUST BE PROPERLY SERVED WITH THE ON GOING PROCESS,

2.    THAT THE CONTROVERSY EXCEEDS A CERTAIN SUM,

3.    THAT THE PARTIES ARE CITIZENS OF THE UNITED STATES.

Nobel V: Union Logging Railroad Co.  147, U. S.  165, 13 S.  Ct.  271, 37 L.Ed. 123..

ALL OF THE ABOVE REQUIREMENTS HAVE BEEN MEET, AND THEREFORE NO FURTHER JURISDICTION QUESTION CAN PROPER EXIST..

A MOTION FOR DEFAULT AND DEFAULT JUDGMENT WAS FILED AFTER THE DEFENDANT WERE PROPERLY SERVED AND FAILED TO PLEAD (I.E. Answer), OR OTHER WISE DEFEND THEM SELF THEY ARE IN DEFAULT AND DEFAULT JUDGMENT MUST BE ENTERED AGAINST HIM BY THE CLERK OF THE COURT. Fed. Rule 55,

WHEN ANY RULE OF LAW IS COVERED IN THE GUARANTEED DUE PROCESS, AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, COVERING THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT, WHERE THIS CONCEPT OF THE DUE PROCESS OF LAW, IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND HAS PRESTIGE OVER ANY OTHER RULES OF LAW, COURT ORDERS, OR JUDGES, THAT ATTEMPT FOR THIS NOT TO BE INCLUDED IN ANY COURT ACTION.    U.S.  V: Smith D. C.

03.

Iowa, 249, app. Supp. 515, 516..

THE DEFAULT AND DEFAULT JUDGMENT FILED AFTER NO ANSWER.
ANY ACTION FILED IN COURT IS NOT MERELY TO COMMENCE OF BUT
MUST FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A TRIBUNAL, FOR THE
PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF THE PERSON THAT IS
CHARGED WITH THE CRIME..   U.S. V: Reisinger 128,   U.S.  396, 9, S.  CT.  99, 32,
L.E.D.  480..

**CONCLUSION:**

**THEREFORE,** WITH ALL OF THE ILLEGAL PROCEEDINGS INVOLVED IN
THESE CASES, COVERING THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND
HAVE THEIR DAY IN COURT, THIS CONCEPT OF THE DUE PROCESS OF LAW IS
EMBODIED IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION AND
HAS PRESTIGE OVER OTHER RULES OF LAW, THAT NO COURT OR JUDGE CAN
CHANGE..  U.S.  V: Smith D. C. Iowa. 249, APP, Supp.  515, 516... THE GUARANTEED
CIVIL RIGHTS, AND DUE PROCESS OF LAW.  THAT HAS COMPLETELY BEEN OVER
LOOKED, THE FAILURE TO PLACE THE DEFAULT AND DEFAULT JUDGMENT
AGAINST  THE LISTED DEFENDANT,  AS GIVEN IN FEDERAL RULE 55,
TRYING TO CHANGE THE ORIGINAL DEFENDANTS AS GIVEN IN THE COMPLAINT
AND ADD OTHER DEFENDANTS TO THEIR SATISFACTION, IS ANOTHER ATTEMPT
TO DENY OR DESTROY MY GUARANTEED CONSTITUTIONAL RIGHTS..  THE
UNITED STATES DISTRICT COURT,  IS THE ONLY COURT THIS CASE HAS BEEN
FILED IN, THEREFORE NO DECISION FROM ANY STATE COURT EXIST.

**04.**

STATE COURT HAS NO AUTHORITY OVER ANY GUARANTEED CONSTITUTION

RIGHT OF THE DUE PROCESS OF LAW.   THE CONSTITUTION OF THE UNITED

STATES IS THE DOMINATION LAW THAT GOVERNS ABOVE ALL STATE LAWS OR

FEDERAL.   THERE IS NO WAY TO SETTLE ANY CONSTITUTIONAL QUESTION

LEGALLY IN ANY STATE COURT.   WHEN ANY LOWER COURT REFUSAL TO

DISSOLVE ALL ISSUES INVOLVED, BETWEEN THE PARTIES, ALL ISSUES STILL

REMAIN IN THIS CASE.   THE COURT OF APPEALS MUST HELP IN DISSOLVING

ALL ISSUES INVOLVED IN THIS CASE, FOR THE LOWER COURT FAILED TO DO

THEIR DUTY,   AS GIVEN UNDER THE LAW.

GENE COGGINS    10/16/07