IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:07-cv-709-WKW |
| v. | ) |
| | ) |
| MARK E. FULLER, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This action is presently before the court on plaintiff's Motion to Appeal (Doc. #6). The court construes this motion as a notice of appeal and a motion to proceed on appeal *in forma pauperis*. To the extent the motion is a notice of appeal, it is DENIED as MOOT. To the extent it is a motion to proceed on appeal *in forma pauperis*, it is DENIED as the appeal is not taken in good faith.

28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

> This circuit has defined a frivolous appeal under section 1915(d) as being one "'without arguable merit.'" *Harris v. Menendez*, 817 F.2d 737, 739 (11th Cir.1987)(quoting *Watson v. Ault*, 525 F.2d 886, 892 (5th Cir.1976)). "'Arguable means capable of being convincingly argued.'" *Moreland v. Wharton*, 899 F.2d 1168, 1170 (11th Cir.1990) (per curiam) (quoting *Menendez,* 817 F.2d at 740 n. 5); *see Clark,* 915 F.2d at 639 ("A lawsuit [under section 1915(d)] is frivolous if the 'plaintiff's realistic chances of ultimate success are slight.'" (quoting *Moreland,* 899 F.2d at 1170)).

*Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991); *see also Weeks v. Jones*, 100 F.3d 124, 127 (11th Cir. 1996) (stating that "[f]actual allegations are frivolous for purpose of § 1915(d) when they

are 'clearly baseless;' legal theories are frivolous when they are 'indisputably meritless'" (citations omitted)).

Applying the foregoing standard, this court is of the opinion that the petitioner's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith.

Accordingly, it is ORDERED that

1. To the extent that the Motion to Appeal is a notice of appeal, the motion is DENIED as MOOT.

2. To the extent that the Motion to Appeal is a motion to proceed on appeal *in forma pauperis*, it is DENIED. The appeal in this case is certified, pursuant to 28 U.S.C.A. § 1915(a), as not taken in good faith.

DONE this 13th day of November, 2007.

                         /s/ W. Keith Watkins
                         UNITED STATES DISTRICT JUDGE