Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

---

November 16, 2007

**Appeal Number: 07-15332-G**
Case Style: Gene Coggins v. Mark E. Fuller
District Court Number:  07-00709 CV-W-N

TO:   Gene Coggins

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2007

Gene Coggins
1436 COUNTY ROAD 299
LANETT  AL  36863-5740

**Appeal Number: 07-15332-G**
Case Style: Gene Coggins v. Mark E. Fuller
District Court Number:  07-00709 CV-W-N

The referenced case has been docketed in this court.  Please use the appellate docket number noted above when making inquiries.

We have received a copy of the order of the district court which does not allow this appeal to proceed in forma pauperis.  Rule 24(a) of the Federal Rules of Appellate Procedure provides in part:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice prescribed in Rule 24(a)(4).  The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action.  If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

You may within thirty (30) days from this date either pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed).  See 11th Cir. R. 24-2.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1.  An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date.  In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date.  Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form.  See 11th Cir. R. 46-1(e).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

c: District Court Clerk

Encl.

DKT-6 (07-2007)