**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A screen-fillable Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

GENE COGGINS,

    Plaintiff,

v.                                    CASE NO. 07-00709 CV

MARK E. FULLER,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW GENE COGGINS, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| CONFLICT OF INTEREST, CASE ON APPEAL AND WILL GO TO U.S. SUPREME COURT. ALL OF HIS ORDERS, + OPINIONS ILLEGLE. | NONE |

Signature: Gene Coggins Pro. ST
Counsel

Date: ___

Counsel for (print names of all parties)
1436 COUNTY RD. #299
Address, City, State Zip Code
LANETT, AL. 36863
Telephone Number
334-576-3263

Also requires a certificate of Service