

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

December 26, 2007

**Appeal Number: 07-15332-G**
Case Style: Gene Coggins v. Mark E. Fuller
District Court Number:  07-00709  CV-W-N ()

TO:   Gene Coggins

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 26, 2007

Gene Coggins
1436 COUNTY ROAD 299
LANETT  AL  36863-5740

**Appeal Number: 07-15332-G**
Case Style: Gene Coggins v. Mark E. Fuller
District Court Number:  07-00709  CV-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 2 6 2007
THOMAS K. KAHN
CLERK
```

No. 07-15332-G

GENE COGGINS,

                              Plaintiff-Appellant,

versus

MARK E. FULLER,
Judge,

                              Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

                                                        /s/ Joel F. Dubina
                                            UNITED STATES CIRCUIT JUDGE

A True Copy - Attest
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia