Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

January 10, 2008

**Appeal Number: 07-15332-G**
Case Style: Gene Coggins v. Mark E. Fuller
District Court Number:  07-00709  CV-W-N ()

CC:   Gene Coggins

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-15332-G**
Case Style: Gene Coggins v. Mark E. Fuller
District Court Number:  07-00709  CV-W-N ()

The following action has been taken in the referenced case:

    The enclosed order has been ENTERED.

    Sincerely,

    THOMAS K. KAHN, Clerk

    Reply To: Walter Pollard (404) 335-6186

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15332-G

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 10 2008
THOMAS K. KAHN
CLERK

GENE COGGINS,

Plaintiff-Appellant,

versus

MARK E. FULLER,
Judge,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for a 90 day extension of time to pay the filing fees is DENIED.

/s/ JOEL F. DUBINA
UNITED STATES CIRCUIT JUDGE