Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

January 14, 2008

**Appeal Number: 07-15332-G**
Case Style: Gene Coggins v. Mark E. Fuller
District Court Number:  07-00709 CV-W-N

TO:    Debra P. Hackett

CC:    Gene Coggins

CC:    Troy King

CC:    Administrative File

CC:    Administrative File

CC:    Administrative File

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

**Thomas K. Kahn**

Clerk

For rules and forms visit

www.ca11.uscourts.gov

January 14, 2008

Debra P. Hackett

Clerk, U.S. District Court

15 LEE ST STE 206

MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15332-G**

Case Style: Gene Coggins v. Mark E. Fuller

District Court Number:  07-00709 CV-W-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.  <u>See</u> 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
┌─────────────────────────────┐
│  F I L E D                  │
│  U.S. COURT OF APPEALS      │
│  ELEVENTH CIRCUIT           │
│                             │
│     JAN 1 4 2008            │
│                             │
│  THOMAS K. KAHN             │
│     CLERK                   │
└─────────────────────────────┘
```

No. 07-15332-G

GENE COGGINS,

Plaintiff-Appellant,

versus

MARK E. FULLER,
Judge,

Defendant-Appellee.

_____

Appeal from the United States District Court for the

Middle District Of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because

the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the

district court clerk within the time fixed by the rules, effective this 14th day of January, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  Walter Pollard
     Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia